| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| SAMUEL COLLETTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:14-CV-403 |
| | § | |
| LENARD GIBBLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# MEMORANDUM ORDER ADOPTING THE
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Samuel Collette, an inmate currently confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against defendants Lenard Gibblin, DayLee Wiggins, Doug Barlow and Stuart Jenking.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's civil rights action be dismissed subject to reassertion if the requirements of *Heck v. Humphrey* are met.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 9th day of February, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE